JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA, | Case No. 8:24-cv-01621-AB (AJRx) |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| CITIZENS BUSINESS BANK; and DOES 1 to 10, | |
| Defendant. | |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 15, 2024

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE